1  Ronald Wilcox, State Bar No. 176601
   LAW OFFICE OF RONALD WILCOX
2  2160 The Alameda, 1st Flr., Suite F
   San Jose, CA 95126
3  Tel:  (408) 296-0400
   Fax: (408) 296-0486
4  Email: ronaldwilcox@post.harvard.edu

5
   Joseph Mauro (Admitted Pro Hac Vice)
6  LAW OFFICE OF JOSEPH MAURO, LLC
   306 McCall Avenue
7  West Islip, NY 11795
   Tel:  (631) 669-0921
8  Fax: (631) 669-5071
   Email: joemauroesq@hotmail.com
9
   Attorneys for Plaintiffs
10

11 **UNITED STATES DISTRICT COURT**
   **FOR THE EASTERN DISTRICT OF CALIFORNIA**
   **SACRAMENTO DIVISION**
12

| | |
|---|---|
| 13  KEVIN ROSE and MELINDA ROSE, | Case No.: CV07-02771 JAM GGH |
| 14              Plaintiffs, | **REQUEST FOR TELEPHONIC APPEARANCE AND ORDER** |
| 15  vs. | **DATE:  SEPTEMBER 17, 2008**<br>**TIME:   9:00 A.M.** |
| 16  PAUL R. STASSINOS, et al., | **HON. JOHN A. MENDEZ**<br>**U.S. DISTRICT COURT** |
| 17              Defendants. | **COURTOOM 6, 14TH FLOOR**<br>**50 I STREET, SACRAMENTO, CA 95814** |
| 18 | |

19       Plaintiffs' counsel are not located near Sacramento.  Therefore, Plaintiffs' counsel
20
   respectfully request to be allowed to appear telephonically at the Motion to Withdraw hearing
21
   scheduled for September 17, 2008 at 9:00 a.m.
22

23 Dated: _____                              _____
                                                  Ronald Wilcox
24

25

26
   REQUEST FOR TELEPHONIC APPEARANCE AND [PROPOSED] ORDER
   Page 1

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The Court hereby grants Plaintiffs' counsel request to appear telephonically at the Motion to Withdraw hearing on September 17, 2008 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: July 23, 2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com