Mark E. Ellis - 127159
June D. Coleman - 191890
Darrell W. Spence - 248011
ELLIS, COLEMAN, POIRIER, LAVOIE,
 & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for Defendant PAUL R. STASSINOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MELINDA ROSE AND KEVIN ROSE,<br><br>    Plaintiffs,<br><br>v.<br><br>PAUL R. STASSINOS, an individual; DONNA SIMS, an individual; LEGAL RECOVERY SERVICES, INC., a California corporation; ALAN MECHAM, an individual; ADAM PERRY, an individual, and DOES 1-10,<br><br>    Defendants. | Case No.:  07-CV-02771 JAM GGH<br><br>**SUBSTITUTION OF ATTORNEY; AND ORDER** |

   Defendant PAUL R. STASSINOS hereby substitute myself, as attorney of record in the above-entitled action, instead and in place of ELLIS, COLEMAN, POIRIER, LaVOIE & STEINHEIMER, LLP.  My address 5150 Sunrise Blvd., #B6, Fair Oaks, CA 95628.  Telephone number (916)967-8000; and fax number (916)967-8044.  My email address is pastassinos@yahoo.com.

   I consent to this substitution.

Dated:  February ____, 2009                    _____
                                                                    Paul R. Stassinos
                                                                    Pro Se

-1-

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1   I consent to this substitution.

2   Dated: February 19, 2009

                           ELLIS, COLEMAN, POIRIER, LAVOIE, &
3                                STEINHEIMER LLP

4

5                            By _____
                             June D. Coleman
                             Attorney for Defendant
6                                PAUL R. STASSINOS

7
                                  **ORDER**
8
    GOOD CAUSE EXISTING, the Court grants defendant's Substitution of Attorney.
9

10  Dated:  February 19, 2009                 /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
11                                               UNITED STATES DISTRICT JUDGE

- 1 -

SUBSTITUTION OF ATTORNEY; AND PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com

# CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On February 19, 2009, I served the following document(s) on the parties in the within action:

**SUBSTITUTION OF ATTORNEY; AND PROPOSED ORDER**

| | |
|---|---|
| **X** | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |

| | |
|---|---|
| Candace M. Pagliero<br>PAGLIERO & ASSOCIATES<br>5701 Marconi Avenue<br>Carmichael, CA 95608 | Attorneys for<br>Defendants Legal Recovery Services, Inc. and Alan Mecham |

| | |
|---|---|
| **X** | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |

| | |
|---|---|
| Kevin Rose<br>5626 Lupin Lane<br>Pollock Pines, CA 95726 | Attorneys for<br>In Pro Per |
| Melinda Rose<br>5626 Lupin Lane<br>Pollock Pines, CA 95726 | Attorneys for<br>In Pro Per |
| Paul R. Stassinos<br>5150 Sunrise Blvd., #B6<br>Fair Oaks, CA 95628 | Defendant in Pro per |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on February 19, 2009.

By ._____
         Jennifer E. Mueller

PDF created with pdfFactory trial version www.pdffactory.com