1  JAMES R. PAGLIERO, ESQ. - #095898
   CANDACE M. PAGLIERO, ESQ. - #167530
2  PAGLIERO & ASSOCIATES
   A Professional Corporation
3  5701 Marconi Avenue
   Carmichael, CA 95608
4  (916) 481-7100 Fax: (916) 481-7101

5  Attorneys for defendants Legal
   Recovery Services, Inc., Alan Mecham,
6  Adam Perry and Donna Fingold

7
   PAUL R. STASSINOS
8  Attorney at Law
   5150 Sunrise Blvd., #B6
9  Fair Oaks, CA 95628
   Telephone (916) 967-8000
10 Facsimile (916) 967-8044
   e-mail: pastassinos@yahoo.com
11
   Defendant Pro Se
12

13              UNITED STATES DISTRICT COURT

14             EASTERN DISTRICT OF CALIFORNIA

15               SACRAMENTO DIVISION

16

17 MELINDA ROSE AND KEVIN ROSE, )   No. 2:07-CV-02771-JAM-GGH
                                )
18         Plaintiffs,          )
                                )
19    v.                        )   **ORDER GRANTING DEFENDANTS'**
                                )   **MOTION TO DISMISS FOR**
20 PAUL R. STASSINOS, an Individual, )  **FAILURE TO PROSECUTE (F.R.C.P.**
   DONNA FINGOLD, an Individual, )   **41(b))**
21 LEGAL RECOVERY SERVICES, INC., )
   a California Corporation, ALAN )
22 MECHAM, an Individual, ADAM )   **TRIAL DATE: AUGUST 31, 2009**
   PERRY, an Individual, and DOES 1-10, )
23                              )
         Defendants.           )
24 _____ )

25      This matter came on regularly before this Court, without hearing, defendants Legal

26 Recovery Services, Inc., Alan Mecham, Adam Perry, Donna Fingold and Paul Stassinos

27 having properly served and filed their motion, and Plaintiffs having filed no opposition, the

28 Court proceeded to consider Defendants' motion;

                                 1

**Order Granting Defendants' Motion to Dismiss**          **Rose v. Stassinos et. al.**
**For Failure to Prosecute**                    **Case No. 2:07-CV-02771 JAM GGH**

1      IT APPEARING THAT service of said motion was made on Plaintiffs, by mail, to

2   Plaintiffs at their last known address as follows: Kevin Rose and Melinda Rose, 5626 Lupin

3   Lane, Pollock Pines, CA 95726 on July 27, 2009; and

4      IT APPEARING THAT Plaintiffs failed to respond or oppose said motion;

5      Good Cause Appearing, service having been properly effectuated and the motion

6   having gone unopposed by Plaintiffs, pursuant to Federal Rules of Civil Procedure, rule 41

7   (b), the motion by defendants Legal Recovery Services, Inc., Alan Mecham, Adam Perry,

8   Donna Fingold and Paul Stassinos, for dismissal of the instant action, in its entirety, and/or

9   for dismissal of each and every individual claim against the moving Defendants for failure

10  of the Plaintiffs to prosecute the action is hereby granted.

11  Dated: 8/11/2009

12                                      /s/ John A. Mendez
                                        Hon. John A. Mendez
13                                      Judge of the United States District Court
                                        for the Eastern District of California

14

15

16

17

18

19

20

21

22

23

24

25

26

27  C:\Documents and Settings\HVine\Desktop\07cv2771.o.811.wpd

28

**Order Granting Defendants' Motion to Dismiss**                    **Rose v. Stassinos et. al.**
**For Failure to Prosecute**                                       **Case No. 2:07-CV-02771 JAM GGH**