JAMES R. PAGLIERO, ESQ. - #095898
CANDACE M. PAGLIERO, ESQ. - #167530
PAGLIERO & ASSOCIATES
A Professional Corporation
5701 Marconi Avenue
Carmichael, CA 95608
(916) 481-7100 Fax: (916) 481-7101

Attorneys for defendants Legal
Recovery Services, Inc., Alan Mecham,
Adam Perry and Donna Fingold


PAUL R. STASSINOS
Attorney at Law
5150 Sunrise Blvd., #B6
Fair Oaks, CA 95628
Telephone (916) 967-8000
Facsimile (916) 967-8044
e-mail: pastassinos@yahoo.com

Defendant Pro Se

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MELINDA ROSE AND KEVIN ROSE, ) | No. 2:07-CV-02771-JAM-GGH |
| Plaintiffs, ) | |
| v. ) | **JUDGMENT OF DISMISSAL** |
| PAUL R. STASSINOS, an Individual, ) DONNA FINGOLD, an Individual, ) LEGAL RECOVERY SERVICES, INC., ) a California Corporation, ALAN ) MECHAM, an Individual, ADAM ) PERRY, an Individual, and DOES 1-10, ) | |
| Defendants. ) | |

This Court having granted Defendants' motion to dismiss Plaintiffs' action in its entirety,

///

1

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that judgment of
2 dismissal be entered against Plaintiffs and in favor of Defendants, Legal Recovery Services,
3 Inc., Adam Perry, Donna Fingold and Paul Stassinos.

4

5 Dated: 8/11/2009

6 /s/ John A. Mendez
Hon. John A. Mendez
7 Judge of the United States District Court
for the Eastern District of California
8

23 C:\Documents and Settings\HVine\Desktop\07cv2771.o.Judgment.811.wpd

2

**Judgment of Dismissal**                                          <u>Rose v. Stassinos et. al.</u>
                                                                   **Case No. 2:07-CV-02771 JAM GGH**